# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

==============================

## ON MOTION FOR REHEARING

==============================

## NO. 03-04-00549-CR

**Willie Dan Majors, III, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
NO. 53011, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

## S U P P L E M E N T A L   M E M O R A N D U M   O P I N I O N

Appellant Willie Dan Majors, III, pleaded guilty in 2002 to unlawfully carrying a weapon on a licensed premises. *See* Tex. Pen. Code Ann. § 46.02 (West 2003). The district court deferred adjudication and placed him on community supervision. One year later, the court adjudged Majors guilty but continued him on community supervision. Majors now appeals from an order revoking supervision and imposing a five-year sentence.

Majors's attorney filed a brief stating that the appeal is frivolous. We affirmed the revocation order in an opinion dated March 31, 2005. Majors filed a pro se motion for rehearing and requested additional time to file a written response to his attorney's brief. We deferred a ruling on

the motion for rehearing and ordered Majors to tender a pro se brief or other written response to counsel's brief by no later than May 31, 2005.

On May 24, the Court received a letter from Majors explaining why he believes that he received ineffective assistance from his attorney, who also represented him in the district court. The allegations he makes are not supported by the record before us. This is a subject that must be pursued by means of post-conviction habeas corpus. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West 2005).

The motion for rehearing is overruled.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Motion for Rehearing Overruled

Filed:   June 16, 2005

Do Not Publish

2